**Ralph SHINABERRY, Appellant,**

v.

**UNITED STATES of America, acting
through the County Production and
Marketing Administration Committee
for Hillsdale County, State of Michi-
gan, Hillsdale, Michigan, Appellee.**

**No. 12976.**

United States Court of Appeals
Sixth Circuit.

March 6, 1957.

George A. Meekison, Napoleon, Ohio,
for appellant.

Wendell A. Miles, U. S. Atty., Grand
Rapids, Mich., for appellee.

Before SIMONS, Chief Judge, and
MARTIN and STEWART, Circuit Judg-
es.

PER CURIAM.

Without attempting to avail himself of
the administrative remedies provided in
the Agricultural Adjustment Act of 1938,
as amended, 7 U.S.C.A. § 1281 et seq., the
appellant brought this action to restrain
the United States from collecting penal-
ties for violation of the statutes fixing
wheat quotas, alleging that those stat-
utes violated the Constitution.

It was the appellant's contention that
the provisions of 28 U.S.C.A. § 2410(a)
conferred upon the district court juris-
diction to entertain the action. The
court held that section of the Code inap-
plicable, concluded that the United States
has not consented to be sued in an action

such as this, and accordingly dismissed the complaint. D.C., 142 F.Supp. 413 (1956).

For the reasons stated in the district court's opinion, the order of dismissal is affirmed.